**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| v. | : | CRIMINAL ACTION NO. |
| | : | 1:11-CR-0410-RWS |
| HELEN E. HAMPTON, | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

This case is before the Court for consideration of the Report and Recommendation [36] of Magistrate Judge Russell G. Vineyard. After reviewing the Report and Recommendation and Defendant's Objections [37] thereto, the Report and Recommendation is received with approval and adopted as the Opinion and Order of this Court. Therefore, Defendant's Motions to Suppress Evidence and Statements [9 and 10] are hereby **DENIED**.

**SO ORDERED** this  17th  day of April, 2012.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE